UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. 2:24-cv-09793-JFW-SKx                           Date 12/6/24

Title: Steven Fisher v. Eli Lilly and Company

Present: The Honorable John F. Walter, U.S. District Court Judge

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                 Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other   Joint Report of Plaintiff's Intent to Voluntarily Dismiss [24] - Make JS-6

☐ Entered _____.

Initials of Preparer   sr